UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00249

**Troy Verm,**
*Plaintiff,*

v.

**D&G Directional Drilling, Inc.,**
*Defendant.*

Before BARKER, *District Judge*

# ORDER DESIGNATING MAGISTRATE JUDGE

The court **designates** a magistrate judge to the full extent authorized by 28 U.S.C. § 636(b)(1) to handle all pretrial matters in this case, except for any motion by plaintiff for certification of a collective action or of similarly-situated status under the Fair Labor Standards Act, which is referred to the assigned magistrate judge for a report and recommendation.

*So ordered by the court on June 1, 2020.*

J. CAMPBELL BARKER
United States District Judge